EVERYBODY'S PUBLISHING COMPANY, INC., Respondent, v. BERNARR MAC-FADDEN FOUNDATION, INC., Appellant.— Order of substitution entered.

KATHRYN J. CARUANA, Respondent, v. ALFRED E. CARUANA, Appellant.— Appeal dismissed, with $10 motion costs for failure to comply with previous order.

LOUIS SCAPPUCCI, Appellant, v. KENNETH ALEXANDER, an Infant, by WIL-LIAM M. ALEXANDER, His Guardian ad Litem, Respondent.—Appeal dismissed, with costs, for failure to comply with previous order.

HULDAH WENDT, Respondent, v. LEON BENTON et al., Appellants.—Appeal dismissed, without costs, upon stipulation.

## FIRST DEPARTMENT, MAY, 1954.

### (May 4, 1954.)

In the Matter of the CITY OF NEW YORK, Acting for and on Behalf of the New York City Housing Authority, Appellant-Respondent, Relative to Acquiring Title to Real Property within the Area Bounded by Watson Avenue and Other Streets, Selected as a Site for a Housing Project Known as BRONXDALE HOUSES, in the Borough of The Bronx. HENRY L. MCCARTHY, as Successor to WILLIAM HODSON, et al., Respondents; FRANCESCA ACCURSO et al., Appellants-Respondents.— Decree unanimously affirmed. No opinion. Present — Peck, P. J., Dore, Callahan, Bastow and Botein, JJ.

ALBERT BRADICK, Respondent, v. RUDOLPH H. DEETJEN et al., Appellants, et al., Defendants.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ.; Breitel, J., dissents in the following memorandum: I dissent and vote to reverse and grant motion to dismiss without prejudice, unless plaintiff serves the partners Emanuel and the representatives of the deceased partner within a reasonable time, on the ground that this is not an action against the partnership by an outsider but is an action affecting the relations among the partners *inter se,* and their individual interests in the individual partnership assets. [See *post,* p. 943.]

KHOSROVSHAHI Co., INC., Respondent, v. NATIONAL SURETY CORPORATION, Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Breitel, Botein and Bergan, JJ. [See *post,* p. 919.]